# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY and ROXANNA THOMPSON ) | Civil No. 06CV2416-BTM(LSP) |
| ) Plaintiff, ) | ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE |
| vs. ) | |
| CITY OF SAN DIEGO, et, al. ) | Judge: Hon. Barry T. Moskowitz<br>Courtroom: |
| ) Defendants. ) | |

    Plaintiffs and Defendant, City of San Diego, by and through their counsel, have stipulated to dismiss this action in its entirely with prejudice.  The parties have jointly moved for dismissal with prejudice.   The Court has considered the joint motion and agrees to the terms of the stipulation .

    IT IS ORDERED that the joint motion for dismissal with prejudice of this action is granted and each party shall bear its own costs and attorneys' fees.

DATED: September 28, 2007

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge